IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEE VANCE THOMAS, III, #11371-042, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:05-cv-363-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent.. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on May 11, 2005 (Doc. #6), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice to afford petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 27th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE